## INFORMATION.

STATE *against* SICKLE ET AL. *Bennington*, 1816.

IN .an information, by a State's Attorney, it is not neces-sary for him to state, he informs under his *oath* of office.

———

INJUNCTION—See Malicious Prosecution.

———

## INSANITY.

HALE *against* DUNCAN. *Caledonia*, 1817.

AFTER a person is regularly found to be insane, and the Judge of Probate has appointed guardians who have taken possession of his property, and returned an inventory ; in an action against the insane person the personal property of the defendant, in the hands of the guardian, is not subject to at-tachment.

In case the Sheriff, did on such process, attach the personal property, and leave it in the hands of the guardians; he was. held not liable for not having collected the execution, issued in the suit.

See Abatement 4. Trial.

———

INSPECTOR OF CUSTOMS—See Trespass 3

———

## INSOLVENT ESTATE.

### *No.* 1.

PARMELEE *against* WOODBRIDGE. *Addison*, 1816.

THE rejection of a claim, by commissioners, on the estate of a deceased person, is no bar to an action against the sur-vivor.